LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| TREVOR WILLIAM GONZALEZ,<br>   Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY<br>Commissioner of Social Security,<br><br>   Defendant. | No: 5:24-cv-00162-PVC<br><br><u>ORDER AWARDING EAJA FEES</u> |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS ($4,500), subject to the terms of the stipulation.

   DATE: August 14, 2024   _____

                                   HON. PEDRO V. CASTILLO
                                   UNITED STATES MAGISTRATE JUDGE